**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFERY WUMMEL,

        Plaintiff,                   CASE NO. 10-12997

v.

                                        HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jeffery Wummel brings this action challenging the final decision of the Defendant Commissioner denying his application for Disability Insurance Benefits under the Social Security Act. The case was referred to Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b)(1). (Doc. 3). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated July 18, 2011, Magistrate Judge Whalen recommended that the Court grant Defendant's Motion for Summary Judgment (Doc. 12) and deny Plaintiff's Motion for Summary Judgment (Doc. 11).

In the Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within "fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. 13 at 11). Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to de novo review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation (Doc. 13), **GRANTS** Defendant's Motion for Summary Judgment

(Doc. 12) and **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 11). Plaintiff's Complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

                                                s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

DATE: August 10, 2011

### CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record, via the Court's ECF System.

                                              s/Bernadette M. Thebolt
                                              Case Manager